UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Irvin Morales-Gonzalez

Case No.: 2:13CR00383

## REQUEST FOR TRANSFER OF JURISDICTION

May 11, 2023

TO: The Honorable Jennifer A. Dorsey
United States District Judge

By way of case history, Morales-Gonzalez was sentenced to 96 months custody concurrent with Arizona case CR2008-135182-001 followed by four (4) years supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance. Morales-Gonzalez was removed from the United States on August 10, 2020 following his custodial sentence.

On May 8, 2023, our office was notified by the United States Attorney's office in the Southern District of California that Morales-Gonzalez was in custody and pending a new federal offense for Attempted Entry After Deportation. On May 12, 2023, Your Honor issued a warrant for violations of supervised release conditions.

The Southern District of California has agreed to take jurisdiction of the case in order for both the revocation and new criminal charges to be adjudicated at the same time. Should the Court agree with this request, the Probation Form 22 is attached for Your Honor's signature.

Should the Court have any questions, please contact the undersigned officer at (702) 527-7258.

Respectfully submitted,

Digitally signed by
Matthew Martinez
Date: 2023.05.18
09:31:20 -07'00'

_____
Matthew Martinez
United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Irvin Morales-Gonzalez

Approved:

Digitally signed by Brian Blevin
Date: 2023.05.17 11:36:28 -07'00'

_____
Brian Blevins
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:13CR00383 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Nevada | DIVISION U.S. Probation Office |
|---|---|---|
| Irvin Morales-Gonzalez | NAME OF SENTENCING JUDGE Jennifer A. Dorsey | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/24/2020 | TO 7/23/2024 |

OFFENSE
Conspiracy to Distribute a Controlled Substance – 21 U.S.C. 846, 841 (a)(1) & (b)(1)(B)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/18/2023
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF California

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge